

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

ALFRED SCHAFFER

CASE NO.   8:15-cr- *485-T-35EAJ*

18 U.S.C. § 1341
18 U.S.C. § 981(a)(1)(C) - (forfeiture)
28 U.S.C. § 2461(c) - (forfeiture)

## INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>
(Mail Fraud – 18 U.S.C. § 1341)

### A. **Introduction**

At times relevant to this Information:

1.      ALFRED SCHAFFER was the business manager and chief financial officer of Hope Children's Home, a Tampa-based, tax-exempt ministry that cared for abandoned and neglected children.  It had an affiliated entity, Children's Home in Honduras, and operated two thrift stores, one in Tampa and one in Clearwater.

2.      In his capacity as the business manager and chief financial officer, SCHAFFER was responsible for all the accounting, including accounts payable, accounts receivable, account statements, and financial reports provided to the

Board.  He was also responsible for receiving funds, making the deposits, withdrawing funds, and writing checks.  SCHAFFER was solely responsible for Hope Children's Home's bank account at Heritage Bank.

### B.  The Scheme and Artifice

3.     From at least as early as January 1, 2007, and continuing through at least October 3, 2011, in the Middle District of Florida, and elsewhere,

ALFRED SCHAFFER,

defendant herein, knowingly and willfully devised and intended to devise a scheme and artifice to defraud; and, for obtaining money, to wit: $187,284.20, and property by means of false and fraudulent pretenses, representations, and promises relating to material facts.

### C.  The Manner and Means

4.     The manner and means by which SCHAFFER sought to accomplish the objects of the scheme included, among others, that SCHAFFER would and did:

(a)     fraudulently write checks on the Hope Children's Home account that were for SCHAFFER's personal benefit and not for the benefit of the children or the ministry;

(b)     falsely and fraudulently stamp the checks with a signature of a Board member, whose signature stamp SCHAFFER possessed through his position with the ministry;

2

(c)     remit the fraudulently-obtained checks, including by mailing through the U.S. Postal Service the checks to pay his personal credit cards, including his Citibank card and his American Express card;

(d)     enter materially false and fraudulent information into Hope Children's Home's accounting system to mask the fact that he was embezzling from the ministry;

(e)     draft monthly, quarterly, and yearly reports for the Hope Children's Home Board, which included the materially false and fraudulent information entered into the accounting system;

(f)     mail and cause to be mailed the materially false reports to the Board, including to out-of-state members;

(g)     misrepresent, conceal, and hide, and cause to be misrepresented, concealed, and hidden, acts done in furtherance of the scheme and artifice and the purpose of those acts.

## D. Execution of the Scheme

5.     On or about September 10, 2011, in the Middle District of Florida, for the purpose of executing the aforementioned scheme and artifice to defraud and, for obtaining money and property by means of false, fictitious and fraudulent pretenses, representations and promises relating to material facts,

ALFRED SCHAFFER,

defendant herein, did knowingly use the United States Postal Service by placing and causing to be placed some matter or thing, in an authorized depository for

3

mail, to be sent and delivered by the Postal Service, that is, a Hope Children's Home check to pay the debt he personally owed on his personal American Express credit card.

In violation of Title 18, United States Code, Sections 1341.

## FORFEITURE

1.     The allegations contained in Count One of this Information are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of a violation of Title 18, United States Code, Section 1341, the defendant,

ALFRED SCHAFFER,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, a forfeiture money judgment in the amount of $187,284.20, representing the proceeds the defendant received as a result of the mail fraud scheme charged in Count One of the Information.

3.     If any of the property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

4

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:     _____

THOMAS N. PALERMO
Assistant United States Attorney

By:     _____

MEGAN K. KISTLER
Assistant United States Attorney

By:     _____

ROBERT A. MOSAKOWSKI
Assistant United States Attorney
Chief, Economic Crimes Section

L:\_Criminal Cases\S\Schaffer, Alfred_2015R01095_MKK\p_information.docx

5